JAMES ALLEN AND AT$^s$ VS THE SHIP *Angola* AND HER CARGO

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS  At a Court of Vice Admiralty held at Newport within and for the Colony afores$^d$ On Monday the 30th day of May A: D 1743

The Hon$^{ble}$ John Gidley Esq$^r$ Judge The Court being Opened, The Libel being read, George Smithson late Master of the s$^d$ Ship Angola exhibited his Claim into Court and was Sworn to it — then the Court is Adjourned to Monday the 6th Day of June next at 3 a Clock P: M

N$^o$ 4 June 3$^d$ 1743.

M$^r$ John Banister in the presence of the Judge Enacts and binds himself to Pay to Cap$^t$ James Allen and Cap$^t$ James Whimble etc. double Costs pursuant to Act in Case the Ship Angola her Cargo etc. as mentioned in the Libel be Adjudged lawful Prize

John Banister

[Minute Book, 1740–1743]

And the afores$^d$ James Allen and James Wimble (reserving to themselves the Advantages of producing any Special Matter in Evidence) reply and say that for any thing contained in the Claim and Plea of the afores$^d$ George Smithson they ought not to be barred of their afores$^d$ Prayer in the s$^d$ Libel for that at the Time of Capture viz$^t$ on the eighteenth Day of April last O. S. the Ship Cargo etc. by them libeled against was not the Property of the afores$^d$ Foster Cunliff John Hardman and Samuel Augden neither did any of the Teeth on board belong to the afores$^d$ Read For that in Fact the said Ship her Cargo Teeth and all other Goods libeled against did on the said nineteenth Day of April belong to the King of Spain his Subjects or Vassals or others inhabiting within his Countries Territories or Dominions and of this etc.

D. Updike
J. Honyman Jun. } pro Cap$^{ts}$
Tho. Ward